ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO EDUARDO HERNANDEZ LEON,<br><br>          Plaintiff,<br><br>   v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al*.,<br><br>          Defendants. | C 3:23-cv-04901 LJC<br><br>**SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND [PROPOSED] ORDER** |

     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before January 11, 2024. Defendants need a brief period of additional time to prepare their response.

     On November 27, 2023, the Court granted Defendant's request for an extension of time to file their response to Plaintiff's complaint. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

//

//

Stip to Extend
C 3:23-cv-04901 LJC                                       1

1  Dated:  December 27, 2023                           Respectfully submitted,

2                                                      ISMAIL J. RAMSEY
                                                       United States Attorney
3

4                                                      *s/ Elizabeth D. Kurlan*
                                                       ELIZABETH D. KURLAN
5                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
6

7  Dated:  December 27, 2023
                                                       *s/ Josh F. Sigal*
8                                                      JOSH F. SIGAL
                                                       Sigal Law Offices
9                                                      Attorney for Plaintiff

10

11                              [PROPOSED] ORDER

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date: December 27, 2023

15                                                     _____
                                                       HON. LISA J. CISNEROS
                                                       United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Extend
C 3:23-cv-04901 LJC                        2

1   **DECLARATION OF ELIZABETH D. KURLAN**

2       I, Elizabeth D. Kurlan, declare and state as follows:

3       1.    I am an Assistant United States Attorney in the United States Attorney's Office for the

4   Northern District of California and counsel of record for the federal Defendants in the above-captioned

5   action.

6       2.    On November 27, 2023, the Court granted Defendant's request for an extension of time

7   to file their response to Plaintiff's complaint. *See* Dkt. No. 14.

8       3.    On December 21, 2023, I contacted Plaintiff regarding Defendants' second request for an

9   extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

10      I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

12

13  DATED:  December 27, 2023

14                                      *s/ Elizabeth D. Kurlan*
                                    ELIZABETH D. KURLAN
                                    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28