```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO HERNANDEZ LEON,<br><br>    Plaintiff,<br><br>        v.<br><br>MERRICK GARLAND, Attorney General,<br>U.S. Department of Justice, *et al*.,<br><br>    Defendants. | Case No. 3:23-cv-4901-LJC<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for Defendants' motion to dismiss Plaintiff's complaint. Defendants' counsel recently notified Plaintiff's counsel that Defendants intend to file a motion to dismiss Plaintiff's complaint. Accordingly, the parties conferred and agree that the Court should grant the parties' request for the following schedule:

1. Defendants will file their motion to dismiss Plaintiff's complaint by January 22, 2024.

2. Plaintiff will file his opposition to Defendants' motion to dismiss by February 21, 2024.

3. Defendants will file their reply in support of their motion to dismiss by March 6, 2024.

4. Defendants will notice the hearing on their motion to dismiss for March 26, 2024, at 10:30 a.m.

The parties further stipulate to stay the briefing schedule for the parties' summary judgment motions under the current Scheduling Order, Dkt. No. 4. The parties respectfully request that the Court grant their stipulation.

Dated: January 11, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: January 11, 2024

/s/ Josh F. Sigal
JOSH F. SIGAL
Sigal Law Offices
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 12, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:23-cv-4901 LJC                                                    2